UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 25-CR-14051-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ISRAEL CANO-RAMOS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Report and Recommendation on Change of Plea **[ECF No. 24]**.

**THE MATTER** was heard before Magistrate Judge Shaniek Mills Maynard on October 29, 2025. A Report and Recommendation was filed on October 30, 2025, recommending that the Defendant's guilty plea to the Indictment be accepted; that the Defendant be adjudicated guilty of the offense to which he plead guilty, and that a Sentencing Hearing be conducted for final disposition of the case. The parties jointly agreed to a shortened objection period of seven (7) days from the date of the Report and Recommendation within which to file objections, and none were filed. The Court has conducted a review of the file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 24]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Sentencing Hearing in this matter has been set for **November 24, 2025 at 11:00 a.m.**, before the Honorable District Judge Donald L. Graham at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 17th day of November, 2025.

DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office